```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KENNETH J. MELIKIAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, Ca.  95814
 4  Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR. NO. S-04-337 WBS |
|---|---|
| Plaintiff, | ) |
|  | ) STIPULATION; ORDER |
| v. | ) |
| MANUEL ZANE ORNELAS, | ) |
| Defendant. | ) |

Defendant Manuel Zane Ornelas, through John R. Duree, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree to vacate the status conference scheduled for May 4, 2005. The parties further stipulate that a status conference be placed on the court's May 11, 2005, calendar.

Defense counsel and the government have been engaged in detailed negotiations. The defendant has recently made a counter-offer to the government's original offer to settle the case. The government is still in the process of considering this counter-offer, but needs an additional week to adequately do so.

///

1  Accordingly, the parties request that the status conference
2 in this case be continued to May 11, 2005.  It is anticipated
3 that the defendant will enter a plea on that date, or the matter
4 will be set for trial.  The parties do not request an exclusion
5 of time per the Speedy Trial Act to May 11th.

6 DATED: May 3, 2005                    Respectfully submitted,

7                                       McGREGOR W. SCOTT
                                        United States Attorney
8
                                        /s/ Kenneth J. Melikian
9
                                        By
10                                         KENNETH J. MELIKIAN
                                        Assistant U.S. Attorney

13 DATED: May 3, 2005                   /s/ Kenneth J. Melikian
                                        JOHN R. DUREE
14                                      Attorney for Defendant Ornelas
                                        (Signed by Kenneth J. Melikian
15                                      per authorization by John R.
                                        Duree)

18     IT IS SO ORDERED.

20 DATED: May 3, 2005

22                                      _____
                                        WILLIAM B. SHUBB
23                                      UNITED STATES DISTRICT JUDGE