1 McGREGOR W. SCOTT
United States Attorney
2 KENNETH J. MELIKIAN
Assistant U.S. Attorney
3 501 I Street, Suite 10-100
Sacramento, Ca.  95814
4 Telephone:  (916) 554-2700

5

6

7

8            IN THE UNITED STATES DISTRICT COURT FOR THE

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,     )   CR. NO. S-04-337 WBS
                              )
12              Plaintiff,     )
                              )   STIPULATION; ORDER
13      v.                     )
                              )
14 MANUEL ZANE ORNELAS,          )
                              )
15              Defendant.     )
   _____)

16

17      Defendant Manuel Zane Ornelas, through John R. Duree,

18 Attorney At Law, and the United States of America, through

19 Assistant U.S. Attorney Kenneth J. Melikian, agree to vacate the

20 status conference scheduled for May 25, 2005.  The parties

21 further stipulate that a status conference be placed on the

22 court's June 1, 2005, calendar.

23      Defense counsel and the government have been engaged in

24 detailed negotiations.  The defendant has recently made a second

25 counter-offer to the government's original offer to settle the

26 case.  The government is in the process of considering this

27 second counter-offer, but needs an additional week to adequately

28 do so.

1

1      Accordingly, the parties request that the status conference

2  in this case be continued to June 1, 2005.  It is anticipated

3  that the defendant will enter a plea on that date, or the matter

4  will be set for trial.  The parties do not request an exclusion

5  of time per the Speedy Trial Act to June 1st.

6  DATED: May 24, 2005                Respectfully submitted,

7                                 McGREGOR W. SCOTT
                                 United States Attorney

8                                 /s/ Kenneth J. Melikian

9

                                 By
10                                 KENNETH J. MELIKIAN
                               Assistant U.S. Attorney

11

12

13  DATED: May 24, 2005             /s/ Kenneth J. Melikian_____
                             JOHN R. DUREE
14                             Attorney for Defendant Ornelas
                             (Signed by Kenneth J. Melikian
15                             per authorization by John R.
                             Duree)

16

17

18      IT IS SO ORDERED.

19

20  DATED: May 25, 2005

21

22  _____

23  WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE

24

25

26

27

28