```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KENNETH J. MELIKIAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, Ca.  95814
 4  Telephone:  (916) 554-2700
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT FOR THE
 8                    EASTERN DISTRICT OF CALIFORNIA
 9
10
11  UNITED STATES OF AMERICA,      )  CR. NO. S-04-337 WBS
                                   )
12                  Plaintiff,     )
                                   )  STIPULATION; ORDER
13       v.                        )
                                   )
14  MANUEL ZANE ORNELAS,           )
                                   )
15                  Defendant.     )
    _____ )
16
```

17     Defendant Manuel Zane Ornelas, through John R. Duree,
18 Attorney At Law, and the United States of America, through
19 Assistant U.S. Attorney Kenneth J. Melikian, agree to vacate the
20 status conference scheduled for June 1, 2005.  The parties
21 further stipulate that a status conference be placed on the
22 court's June 8, 2005, calendar.
23     Defense counsel and the government have been engaged in
24 lengthy negotiations.  The government has recently presented the
25 defendant with a proposed written plea agreement.  The defendant
26 is in the process of considering the details of this proposed
27 plea agreement.
28 ///

1

1   Accordingly, the parties request that the status conference
2 in this case be continued to June 8, 2005.  It is anticipated
3 that the defendant will enter a guilty plea on that date, or the
4 matter will be set for trial.  The parties do not request an
5 exclusion of time per the Speedy Trial Act to June 8th.

6 DATED: May 31, 2005                Respectfully submitted,

7                                    McGREGOR W. SCOTT
                                     United States Attorney
8

9
                                     By: /s/ Kenneth J. Melikian
10                                   KENNETH J. MELIKIAN
                                     Assistant U.S. Attorney
11

12

13 DATED: May 31, 2005                /s/ Kenneth J. Melikian
                                     JOHN R. DUREE
14                                   Attorney for Defendant Ornelas
                                     (Signed by Kenneth J. Melikian
15                                   per authorization by John R.
                                     Duree)
16

17

18     IT IS SO ORDERED.

19

20 DATED: May 31, 2005

21

22                                   _____
                                     WILLIAM B. SHUBB
23                                   UNITED STATES DISTRICT JUDGE

2